**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JJ ARCH LLC,<br><br>            Debtor. | Chapter 11<br><br>Case No. 24-10381 (JPM)<br><br>Adv. Pro. No. 24-01335 (JPM) |
| JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC and JJARCH LLC,<br><br>            Plaintiffs,<br><br>-against-<br><br>JARED CHASSEN and FIRST REPUBLIC BANK,<br><br>            Defendants. | |
| JARED CHASSEN, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC and JJARCH LLC,<br><br>            Counterclaim-Plaintiffs,<br><br>-against-<br><br>JEFFREY SIMPSON and YJ SIMCO LLC,<br><br>            Counterclaim-Defendants<br><br>And<br><br>JJ ARCH LLC and ARCH REAL ESTATE HOLDINGS LLC,<br><br>            Nominal Defendants. | |
| 608941 NJ INC,<br><br>            Intervenor-Plaintiff,<br><br>-against- | |

| |
|---|
| JEFFREDY SIMPSON, JJ ARCH LLC, and ARCH REAL ESTATE HOLDINGS LLC, |
| Defendants |
| And |
| ARCH REAL ESTATE HOLDINGS, LLC |
| Nominal Defendant. |

**ORDER REMANDING ADVERSARY PROCEEDING
TO THE NEW YORK SUPREME COURT, COMMERCIAL DIVISION**

Upon this Court's ordered dismissal (the "Dismissal Opinion and Order") of the above-captioned chapter 11 case, Case No. 24-10381 (JPM) (the "Main Case"), dated October 11, 2024, which such order was docketed in the Main Case on October 11, 2024 as docket number 215, and which order was further docketed in the above-captioned adversary proceeding, Adv. Pro. No. 24-01335 (JPM) (the "Adversary Proceeding") on October 17, 2024 as docket number 45; and the Court having found in the Dismissal Opinion and Order that it has jurisdiction to enter the Dismissal Opinion and Order and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and such dismissal being a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (B); and this Court further finding that because the Dismissal Opinion and Order concerned a core proceeding pursuant to which it has subject matter jurisdiction and statutory authority to enter a final order of remand pursuant to 28 U.S.C. §§ 157, 1334 and 1452(b); and the Court having determined that the legal and factual bases set forth in the Dismissal Opinion and Order establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. The Adversary Proceeding is hereby remanded to the New York Supreme Court, New York County, Commercial Division.

2. This order is effective upon entry and is not subject to any stay.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
       October 28, 2024

/S/ John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE

12669451-2