# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

10/30/2024

New York State Supreme Court
County of New York: Commercial Division
60 Centre Street
New York, NY 10007

**IN RE:**

    **CASE NAME: Jeffrey Simpson, et al. v. Jared Chassen, et al.**

    **ADVERSARY CASE NUMBER: 24-01335 (JPM)**

    **INDEX NO.: 158055 / 2023**

Dear County Clerk:

An order was signed on **October 28, 2024**, by **Judge John P. Mastando III** of the U.S. Bankruptcy Court Southern District of New York, Remanding Adversary Proceeding No. **24-01335 (JPM)** to the Supreme Court of the State of New York, New York County.

In response to the order, we are providing you the following:

**X**      **CERTIFIED COPY OF THE ORDER**
**X**      **CERTIFIED COPY OF THE ADVERSARY CASE DOCKET**

Enclosed, please find a copy of this letter along with these documents. If you need further information regarding this matter, please contact Mary Lopez at (212) 284-4076.

Sincerely,

                                                               VITO GENNA, CLERK

                                                        By: /s/ Mary Lopez
                                                              Deputy Clerk